STATE OF NEW JERSEY v. DOUGLAS
FOUNTAINE HAMMOND.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES LUTHER PERNELL, SR.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD TELEPO.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GABRIEL PEMBERTHY.

June 21, 1988.

Petition for certification denied.   (See 224 *N.J.Super.* 280)

STATE OF NEW JERSEY v. RIGOBERTO MONCADA.

June 21, 1988.

Petition for certification denied.   (See 224 *N.J.Super.* 280)